UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Dominick Pizzonia,                                          :

                                    Petitioner

           -against-                                        :           Cv. 12-2450

United States of America,                                   :           NOTICE OF APPEARANCE

                                    Respondent              :
------------------------------------------------------------------------X


TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NEW YORK:

You are hereby notified that we represent the defendant Dominick Pizzonia in the above-entitled
action.

                                    Joseph Corozzo
                                    Rubinstein & Corozzo, LLP
                                    260 Madison Avenue, 22nd Floor
                                    New York, New York 10016
                                    (212) 545-8777
                                    (212) 679-1844 (fax)
                                    rcorozzo@aol.com

Date:   June 29, 2012