UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

DOMINICK PIZZONIA

                                 Petitioner,

    -V-

UNITED STATES OF AMERICA

                                 Respondent.

------------------------------------------------------------------- x

**ORDER**
12-CV-2450 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 02 2012 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior District Judge:**

Petitioner seeks to vacate his sentence pursuant to 28 U.S.C. § 2255 for ineffective assistance of trial and appellate counsel.

For the reasons stated orally on the record, the case is dismissed on the merits and with prejudice. The petition is time-barred. Petitioner makes no showing that would warrant equitable tolling for the period that would need to be tolled for the petition to be deemed timely. Even if the petition were not time-barred, the ineffective assistance of counsel claims are frivolous and lack constitutional basis.

A certificate of appealability is denied since no non-frivolous constitutional issue is raised.

SO ORDERED.

Jack B. Weinstein
Senior District Judge, Eastern District of New York

Dated: October 1, 2012
       Brooklyn, New York